UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-68343-TJT
ANA M GOMEZ  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

           Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ANA M GOMEZ<br>4926 ORCHARD<br>DEARBORN, MI 48126-0000<br>SSN: XXX-XX-6470 | N/A | N/A | DEBTOR REFUND | 1328286 | 12/14/10 | $ 1.23 |

DATED: December 21, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    6828231
DETROIT, MICHIGAN 48231-1930

0868343  00000  017414  1328286
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/14/2010  Check No: 1328286
Payee: CLERK OF US BANKRUPTCY COURT

| 0868343 | ANA M GOMEZ | | | 1.23 | 0.00 | 1.23 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1328286
SunTrust Bank

FOR  ANA M GOMEZ
BK:0868343  ACCT:
PRIN:    1.23  INT:    0.00

DATE Dec 14, 2010
AMOUNT
**********1.23

PAY  **1.23**
One And 23 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1.23
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

⑈1328286⑈ ⑆061100790⑆ 000000575516⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　CASE NO. 08-68343-TJT
ANA M GOMEZ　　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. TUCKER

　　　　　　　　Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**BOREN & CAREY P C**
**2727 S TELEGRAPH RD**
**DEARBORN, MI 48124**

**Last Known Address for Debtor:**

**ANA M GOMEZ**
**4926 ORCHARD**
**DEARBORN, MI 48126**

DATED: December 21, 2010　　　　　　　/s/ TAMMY L. TERRY
　　　　　　　　　　　　　　　　　　　TAMMY L. TERRY, STANDING
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　535 GRISWOLD
　　　　　　　　　　　　　　　　　　　SUITE 2100